UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CRYSTAL HAWKINS,

       Plaintiff,

vs.            Case No.   2:10-cv-181-FtM-29SPC

SENIORBRIDGE FAMILY COMPANIES (FL),
INC.,

       Defendant.
_____

**OPINION AND ORDER**

   This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #21), filed October 25, 2010, recommending that the parties' Joint Motion to Approve Settlement Agreement (Doc. #19) be granted and the case be dismissed with prejudice.  No objections have been filed and the time to do so has expired.

   After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de*

*novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge and finds that the settlement is fair and reasonable.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #21) is hereby **adopted** and the findings incorporated herein.

2. The parties' Joint Motion to Approve Settlement Agreement (doc. #19) is **GRANTED** and the Settlement Agreement (Doc. #19-1) is **approved** as fair and reasonable.

3. The Clerk shall enter judgment **dismissing** the case with prejudice, with each party to bear their own costs and attorney's fees, except as otherwise provided by settlement. The Clerk is further directed to terminate all deadlines and motions, and to close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this  8th  day of November, 2010.

_____
JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
United States Magistrate Judge

Counsel of Record
Unrepresented parties